■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HIRAM BURKE, Appellant.—Appeal by defendant from a judgment of the Supreme Court, Queens County (Sharpe, J.), rendered October 14, 1982, convicting him of criminal sale of a controlled substance in the third degree, upon a jury verdict, and imposing sentence.

Judgment affirmed.

The trial court's evidentiary rulings were either correct *(see, People v Love,* 92 AD2d 551) or the claimed errors were unpreserved for review and, if incorrect, constituted harmless error *(see, People v Crimmins,* 36 NY2d 230; *People v Johnson,* 57 NY2d 969). Nor does the alleged prosecutorial misconduct warrant reversal *(see, People v Caruso,* 45 NY2d 881). The sentence imposed, although the maximum permissible, was not an abuse of discretion *(see, People v Suitte,* 90 AD2d 80). Gibbons, J. P., Bracken, Kunzeman and Kooper, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CAMILLE BUTTIGLIONE, Appellant.—Appeal by defendant from a judgment of the County Court, Putnam County (Hickman, J.), rendered December 10, 1984, convicting her of criminal possession of a controlled substance in the second degree, upon her plea of guilty, and imposing sentence.

Judgment affirmed.

We have reviewed the record and agree with defendant's assigned counsel that there are no meritorious issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted *(see, Anders v California,* 386 US 738; *People v Paige,* 54 AD2d 631; *cf. People v Gonzalez,* 47 NY2d 606). Mollen, P. J., Gibbons, Brown, Niehoff and Eiber, JJ., concur.